| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/28/2019 | 🕐 | Retainer/Intake: Retainer/Intake: Prepared for and had intake meeting with client. Reviewed client's situation in detail and discussed potential claims. After agreeing to take the case, reviewed retainer agreement with client. Explained the legal process to client including duty to preserve evidence etc. Client signed retainer agreement. Did some further analysis of claims, case set up, etc. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.68h | 500.00 | - | 841.67 |
| 10/28/2019 | 🕐 | Researched claims and defendant(s) - operations, ownership, history and litigation history, etc. Looked into issue of joint employment and corporate/individual liability within the context of the FLSA and NYLL. Looked into issues such as coverage/exemptions, jurisdiction/venue, pre-filing requirements such as administrative filings, etc. Evaluated class v. individual action, etc. Spent time outlining the litigation of the case and strategies including possible defense strategies. Drafted complaint.<br><br>Additional time spent on termiantion claims, etc. | 10917-Nikovic | Abdul K. Hassan, Esq. | 4.37h | 500.00 | - | 2,185.00 |
|  |  |  |  |  | **32.73h**<br>0.0h |  | **$0.00** | **$16,366.67**<br>32.73h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/01/2019 | 🕒 | Received from EDNY via ECF, Summons, Case assignment, Consent Form, Quality Control info, etc., and entered information in system. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.00h | 500.00 | - | 0.00 |
| 11/05/2019 | 🕒 | Prepared package with notice of claim, complaint etc., which was then sent to defendants and plaintiff. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.22h | 500.00 | - | 608.33 |
| 11/05/2019 | 🕒 | Prepared summons and complaint and related papers sent to process server along with payment, for service on defendants. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.63h | 500.00 | - | 315.00 |
| 12/01/2019 | 🕒 | Reviewed proof of service which was then filed along with summons via ECF for service on defendants. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.00h | 500.00 | - | 0.00 |
| 12/02/2019 | 🕒 | Received and reviewed order regarding initial conference, etc. Calendared dates, etc. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.00h | 500.00 | - | 0.00 |
| 12/29/2019 | 🕒 | Answer to Complaint: carefully reviewed and analyzed answer to complaint (admissions, denials etc) which was filed yesterday by the defendants to see what issues remain. Did basic research and review into the affirmative | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.88h | 500.00 | - | 441.67 |
| | | | | | **32.73h** | | **$0.00** | **$16,366.67** |
| | | | | | | | **0.0h** | **32.73h** |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | defenses in terms of case strategy/planning and possibly moving to dismiss - what defenses were waived, not properly stated, not relevant etc. Checked for any additional request for relief against plaintiff that way require a timely response. | | | | | | |
| 01/13/2020 | 🕐 | Reviewed file and issues and prepared for initial conference. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.27h | 500.00 | - | 633.33 |
| 01/14/2020 | 🕐 | Continued preparation, traveled to/from, waited for and attended initial conference with Judge and defense counsel. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.93h | 500.00 | - | 966.67 |
| 01/28/2020 | 🕐 | Reviewed file and issues then drafted and served plaintiff's initial disclsoures. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.23h | 500.00 | - | 616.67 |
| 02/04/2020 | 🕐 | Reviewed file and issues then drafted and served plaintiff's interrogatories, document requests and deposition notices. | 10917-Nikovic | Abdul K. Hassan, Esq. | 2.18h | 500.00 | - | 1,091.67 |
| 03/30/2020 | 🕐 | Reviewed file and issues then drafted and filed plaintiff's mediation statement which was filed with the court. | 10917-Nikovic | Abdul K. Hassan, Esq. | 2.18h | 500.00 | - | 1,091.67 |
| | | | | | **32.73h** 0.0h | | **$0.00** | **$16,366.67** 32.73h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/31/2020 | 🕒 | Reviewed file and issues then drafted and provided defense counsel with analysis of claim, etc. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.88h | 500.00 | - | 441.67 |
| 04/01/2020 | 🕒 | Prepared for and participated in telephone conference with court and defense counsel. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.15h | 500.00 | - | 575.00 |
| 04/13/2020 | 🕒 | Reviewed file and issues in preparation for tomorrow's adjourned settlement conference. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.35h | 500.00 | - | 675.00 |
| 08/14/2020 | 🕒 | received and reviewed Defendants' motion for extension of time to compete discovery then drafted and filed response to motion. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.57h | 500.00 | - | 283.33 |
| 08/19/2020 | 🕒 | Prepared for and participated in hearing on motion for extension of time. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.95h | 500.00 | - | 475.00 |
| 10/23/2020 | 🕒 | Reviewed file and issues then drafted and emailed mediator Plaintiff's Mediation statement | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.77h | 500.00 | - | 883.33 |
| 10/29/2020 | 🕒 | Reviewed file and issues and prepared for mediation. | 10917-Nikovic | Abdul K. Hassan, | 1.10h | 500.00 | - | 550.00 |
| | | | | | **32.73h** 0.0h | | **$0.00** | **$16,366.67** 32.73h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/30/2020 | 🕐 | Continued preparation, then participated in mediation with defense counsels, plaintiff, mediator and representatives of defendants. | 10917-Nikovic | Abdul K. Hassan, Esq. | 3.77h | 500.00 | - | 1,883.33 |
| 01/11/2021 | 🕐 | Prepared for and participated in telephone conference with court. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.00h | 500.00 | - | 0.00 |
| 01/27/2021 | 🕐 | Prepared for then participated in telephone call with defense cousnels, etc. regarding settlement agreement. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.82h | 500.00 | - | 408.33 |
| 02/05/2021 | 🕐 | Conferred with plaintiff and reviewed final version of settlement documents in detail, which were then executed by Plaintiff. | 10917-Nikovic | Abdul K. Hassan, Esq. | 0.57h | 500.00 | - | 283.33 |
| 02/05/2021 | 🕐 | Reviewed file and issues then drafted and filed motion for settlement approval. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.23h | 500.00 | - | 616.67 |
| 02/28/2021 | 🕐 | Estimated time to complete remainder of case – closing papers, client meetings etc. assuming things go smoothly. | 10917-Nikovic | Abdul K. Hassan, Esq. | 1.00h | 500.00 | - | 500.00 |
| | | | | | 32.73h | | $0.00 | $16,366.67 |
| | | | | | | | 0.0h | 32.73h |