**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

AVDI NIKOVIC,

        Plaintiff,

  - against -

83-84 116TH OWNERS CORP., et al.,

        Defendants.
-------------------------------------------------------------X

**ORDER**
**CV-19-6134 (ST)**

**TISCIONE, Magistrate Judge:**

    Having reviewed the settlement agreement and plaintiff's letter dated February 5, 2021, Docket Entry 31, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The settlement is therefore approved, the case is dismissed with prejudice and closed.

    **SO ORDERED.**

**Dated: Brooklyn, New York**
       **March 16, 2021**

                                                      **s/**
                                                  **STEVEN L. TISCIONE**
                                                  **UNITED STATES MAGISTRATE JUDGE**